```
                           United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 18-04889-RNO
Scott A Seelye, Jr.                                           Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5         User: admin             Page 1 of 2         Date Rcvd: Apr 01, 2019
                             Form ID: 318            Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2019.
```
db              Scott A Seelye, Jr.,    51 Belford St,    Shavertown, PA  18708-1502
5132852         Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO  63179-0441
5132853         Brittany L. Seelye,    51 Belford St,    Shavertown, PA  18708-1502
5132851         Doran & Doran PC,    69 Public Sq Ste 700,    Wilkes-Barre, PA  18701-2588
5132858         Nissan Motor Acceptance Corporation,    Bankruptcy Department,    PO Box 660366,
                 Dallas, TX  75266-0366
5132859         PennyMac Loan Service LLC,    6101 Condor Dr,    Moorpark, CA  93021-2602
5132850         Seelye Scott A Jr,    51 Belford St,    Shavertown, PA  18708-1502
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5132854         EDI: CAPITALONE.COM Apr 01 2019 23:23:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT  84130-0285
5132855         EDI: CHASE.COM Apr 01 2019 23:23:00      Chase,    201 N Walnut St # De1-1027,
                 Wilmington, DE  19801-2920
5132856         EDI: WFNNB.COM Apr 01 2019 23:23:00      Comenity Capital Bank/Zales Jewelers,
                 Bankruptcy Department,    PO Box 183043,    Columbus, OH  43218-3043
5132857         EDI: DISCOVER.COM Apr 01 2019 23:23:00      Discover,    PO Box 30943,
                 Salt Lake City, UT  84130-0943
5133391        +EDI: PRA.COM Apr 01 2019 23:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5132860         E-mail/Text: bankruptcynotices@psecu.com Apr 01 2019 19:31:26      PSECU,    PO Box 67013,
                 Harrisburg, PA  17106-7013
5132861         EDI: RMSC.COM Apr 01 2019 23:23:00      Synchrony Bank/Amazon,    Attn Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL  32896-5060
5132862         EDI: RMSC.COM Apr 01 2019 23:23:00      Synchrony Bank/Old Navy,    Attn: Bankruptcy Defpt,
                 PO Box 965064,    Orlando, FL  32896-5064
5132863         EDI: RMSC.COM Apr 01 2019 23:23:00      Walmart/Synchrony Bank,    4125 Windward Plz,
                 Alpharetta, GA  30005-8738
                                                                                              TOTAL: 9
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5132866*        Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO  63179-0441
5132867*        Brittany L. Seelye,    51 Belford St,    Shavertown, PA  18708-1502
5132868*        Capital One,    PO Box 30285,    Salt Lake City, UT  84130-0285
5132869*        Chase,    201 N Walnut St # De1-1027,    Wilmington, DE  19801-2920
5132870*        Comenity Capital Bank/Zales Jewelers,    Bankruptcy Department,    PO Box 183043,
                 Columbus, OH  43218-3043
5132871*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover,     PO Box 30943,    Salt Lake City, UT  84130-0943)
5132865*        Doran & Doran PC,    69 Public Sq Ste 700,    Wilkes-Barre, PA  18701-2588
5132872*        Nissan Motor Acceptance Corporation,    Bankruptcy Department,    PO Box 660366,
                 Dallas, TX  75266-0366
5132874*        PSECU,    PO Box 67013,    Harrisburg, PA  17106-7013
5132873*        PennyMac Loan Service LLC,    6101 Condor Dr,    Moorpark, CA  93021-2602
5132864*        Seelye Scott A Jr,    51 Belford St,    Shavertown, PA  18708-1502
5132875*        Synchrony Bank/Amazon,    Attn Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
5132876*        Synchrony Bank/Old Navy,    Attn: Bankruptcy Defpt,    PO Box 965064,    Orlando, FL  32896-5064
5132877*        Walmart/Synchrony Bank,    4125 Windward Plz,    Alpharetta, GA  30005-8738
                                                                                  TOTALS: 0, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:

    James Warmbrodt   on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
    Lisa M. Doran   on behalf of Debtor 1 Scott A Seelye, Jr. ldoran@dorananddoran.com
    Robert P. Sheils, Jr (Trustee)   rsheils@sheilslaw.com, PA41@ecfcbis.com;psheldon@sheilslaw.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                                                                                     TOTAL: 4

| | | |
|---|---|---|
| Debtor 1 | **Scott A Seelye Jr.** | Social Security number or ITIN  xxx–xx–4128 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:  5:18–bk–04889–RNO

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Scott A Seelye Jr.
aka Scott Allen Seelye, Jr.

**By the court:**

4/1/19

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**